Case No.  3:25-mj-366

DISTRICT OF OREGON, ss:        AFFIDAVIT OF JULIE PEAY

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Julie Peay, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1. I am a Special Agent (SA) with the United States Department of Homeland Security, Immigration and Customs Enforcement/Homeland Security Investigations (HSI), in Portland, Oregon.  HSI is responsible for enforcing the customs laws, immigration laws, and federal criminal statutes of the United States.  I am a law enforcement officer of the United States, and I am authorized by law to conduct investigations and to make arrests for felony offenses. I have been a federal law enforcement officer for over 25 years.

2. I submit this affidavit in support of a criminal complaint and arrest warrant for OSCAR GONZALEZ-CABRERA, for Assault on a Federal Officer in violation of 18 U.S.C. § 111(a)(1).  As set forth below, there is probable cause to believe that OSCAR GONZALEZ-CABRERA committed Assault on a Federal Officer in violation of 18 U.S.C. § 111(a)(1).

3. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, my review of records related to this investigation, communication with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a complaint and an arrest warrant, it does not set forth each fact that I or others have learned during this investigation

**Affidavit of Julie Peay**                                                                                                            **Page 1**

**Applicable Law**

  4.  Title 18 U.S.C. § 111(a)(1) makes it an offense to forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated in 18 U.S.C. § 1114 while engaged in or on account of the performance of official duties. Persons designated in § 1114 include any officer or employee of the United States or of any agency in any branch of the United States government while such officer or employee is engaged in or on account of the performance of official duties, and any person assisting such an officer or employee in the performance of official duties. Under § 111(a), simple assault is a misdemeanor, but where the assaultive acts involve physical contact with the victim, the offense is a felony punishable by imprisonment up to 8 years. 18 U.S.C. § 111(b) provides an enhanced penalty of up to 20 years' imprisonment when, in the commission of any acts described in subsection (a), a dangerous or deadly weapon is used, or bodily injury is inflicted. The statute does not define "bodily injury" however 18 U.S.C. § 1365(h)(4) has been interpreted to define bodily injury to mean: (A) a cut, abrasion, or bruise, (B) physical pain, or (C) any other injury to the body, no matter how temporary.

**Statement of Probable Cause**

  5.  On the morning of December 10, 2025, Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) teams made a traffic stop at 7424 SE Beaverton Hillsdale Hwy, Portland, Oregon on a vehicle driven by a subject who they had identified as OSCAR GONZALEZ-CABRERA. ICE officers and Border Patrol agents were wearing agency issued police gear to include visible Immigration and Customs Enforcement (ICE) and Border Patrol badges respectively.

**Affidavit of Julie Peay**                                   **Page 2**

6. Adult Victim 1 (AV1), who is an ERO officer, was assigned to perimeter control and was observing the traffic stop from his vehicle a short distance from the traffic stop. AV1 observed OSCAR GONZALEZ-CABRERA exit his vehicle and flee from the traffic stop and run into a nearby business. AV1 was in full tactical gear with "POLICE" and "ICE" patches on the front and back of his vest along with a visible badge on the front of his vest. AV1 was pursuing OSCAR GONZALEZ-CABRERA into the business when OSCAR GONZALEZ-CABRERA attempted to slam a glass door on AV1 to prevent AV1 from entering the business. AV1 was able to enter the business in pursuit of OSCAR GONZALEZ-CABRERA. As AV1 approached OSCAR GONZALEZ-CABRERA, he threw a black roller style office chair at AV1. The chair impacted the legs of AV1 causing AV1 to stumble and lose his footing.

7. AV1 was able to recover and take OSCAR GONZALEZ-CABRERA to the ground as OSCAR GONZALEZ-CABRERA was attempting to flee up a staircase inside the business. AV1 placed OSCAR GONZALEZ-CABRERA in handcuffs and was escorted to a transport vehicle.

8. AV1 noted that he had pain in both of his legs. AV1 suffered several wounds on both shins that were caused by the impact of the office chair that OSCAR GONZALEZ-CABRERA threw at him.

///
///
///
///
///

**Affidavit of Julie Peay**                                                                                                  **Page 3**



*Injuries to AV1's legs. (above)*

## Conclusion

9.      Based on the foregoing, I have probable cause to believe that OSCAR GONZALEZ-CABRERA committed Assault on a Federal Officer in violation of 18 U.S.C. § 111(a)(1).  I therefore request that the Court issue a criminal complaint and arrest warrant for OSCAR GONZALEZ-CABRERA.

10.     Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Eliza Carmen Rodriguez, and AUSA Carmen Rodriguez advised me that in her opinion the affidavit

and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

*By phone pursuant to Fed. R. Crim. P. 4.1*
JULIE PEAY
Special Agent, HSI

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 3:23 pm on December 11, 2025.

*Youlee Yim You*
HONORABLE YOULEE YIM YOU
United States Magistrate Judge

**Affidavit of Julie Peay**                                                                                                                                **Page 5**