SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**ELIZA CARMEN RODRIGUEZ, NYSB #5645379**
Assistant United States Attorney
Eliza.Carmen.Rodriguez@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:25-mj-00366 |
| v. | **MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE** |
| **OSCAR GONZALEZ-CABRERA,** | |
| **Defendant.** | **Rule 48(a) Fed. R. Crim. P.** |

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States moves to dismiss the above-filed complaint without prejudice in the interest of justice. Opposing counsel Megha Desai indicated she does not oppose dismissal of the criminal case.

Dated: December 15, 2025

          Respectfully submitted,

          SCOTT E. BRADFORD
          United States Attorney

          *s/ Eliza Carmen Rodriguez*
          ELIZA CARMEN RODRIGUEZ, NYSB #5645379
          Assistant United States Attorney